**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Foodspace Technology, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Lunchbox, LLC** <br> **Foodspace Technology, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-3704065** |

4. **Debtor's address**

**Principal place of business**

**3754 S. Walden Way**
**Aurora, CO 80013**
Number, Street, City, State & ZIP Code

**Arapahoe**
County

**Mailing address, if different from principal place of business**

**3754 S. Walden Way**
**Aurora, CO 80013**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **foodspacetech.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Foodspace Technology, Inc.**                              Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5182**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Foodspace Technology, Inc.**                                                    Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☑ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

    ■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor      **Foodspace Technology, Inc.**                                    Case number (*if known*) _____
            Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Foodspace Technology, Inc.**                                                     Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2022**
               MM / DD / YYYY

**X** **/s/ Daniel DeMillard** _____        **Daniel DeMillard** _____
Signature of authorized representative of debtor       Printed name

Title    **Interim Chief Executive Officer** _____

**18. Signature of attorney**

**X** **/s/ Robertson B. Cohen** _____        Date    **March 18, 2022**
Signature of attorney for debtor                                MM / DD / YYYY

**Robertson B. Cohen #35252, Colorado** _____
Printed name

**Cohen & Cohen, P.C.** _____
Firm name

**1720 S Bellaire St**
**Ste 205**
**Denver, CO 80222** _____
Number, Street, City, State & ZIP Code

Contact phone    **303-933-4529** _____    Email address _____

**#35252, Colorado CO** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Foodspace Technology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 18, 2022**         *X* **/s/ Daniel DeMillard**
                                          Signature of individual signing on behalf of debtor

                                          **Daniel DeMillard**
                                          Printed name

                                          **Interim Chief Executive Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Foodspace Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................   $     0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................   $     2,865,271.05

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...................................................................................   $     2,865,271.05

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $     9,458.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     3,400,898.72

4.    **Total liabilities** ......................................................................................................
     Lines 2 + 3a + 3b      $     3,410,356.72

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Foodspace Technology, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Republic First Bank** | **Checking** | **7846** | **$4,279.05** |
| 3.2. | **Chase Bank (negative balance)** | **Business Checking** | **8639** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$4,279.05**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

Debtor  **Foodspace Technology, Inc.**                                    Case number *(If known)* _____
         Name

| 11a. 90 days old or less: | 13,125.00 | - | 0.00 | = .... | **$13,125.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 12,000.00 | - | 12,000.00 | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 90.00 | - | 45.00 | = .... | **$45.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 300.00 | - | 150.00 | = .... | **$150.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 60.00 | - | 30.00 | = .... | **$30.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 150.00 | - | 75.00 | = .... | **$75.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

12.    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            | **$13,425.00** |

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

Debtor    **Foodspace Technology, Inc.**                                Case number *(If known)* _____
          Name

| 39. | **Office furniture** | | | |
|---|---|---|---|---|

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Six laptops, one desktop comuputer, three monitors and one work station.  Desk(s) for employees. Other small misc.** **Located CO, MA, CT, CA, PA** | **$8,000.00** | **N/A** | **Unknown** |
|---|---|---|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$0.00** |
|---|---|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Pending Non-approved:** **Patent USA: Utility- NPNEW #17/444,536** **Patent PCT: Utility- ORG #PCT/US2021/044795** **Trademarks:** **90/514,38590/696,09290/696,15390/696,1589069 6160** | **$0.00** | **N/A** | **Unknown** |

| 61. | **Internet domain names and websites** | | | |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   **Foodspace Technology, Inc.**                    Case number *(If known)* _____
_____ Name _____

**foodspacetech.com** _____    _____ **$8.99**   **N/A** _____    **Unknown**

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|

| 63. | **Customer lists, mailing lists, or other compilations** | | | |
|---|---|---|---|---|
| | **Industy emails** | **$0.00** | **N/A** | **Unknown** |

| 64. | **Other intangibles, or intellectual property** | | | |
|---|---|---|---|---|
| | **Software code, database and datasets** | **$0.00** | **N/A** | **Unknown** |

| 65. | **Goodwill** | | | |
|---|---|---|---|---|

**66.    Total of Part 10.**                                                **$0.00**

Add lines 60 through 65. Copy the total to line 89.

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 71. | **Notes receivable** | | |
| | Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **NOL** | Tax year **2019** | **$37,604.00** |
| | **NOL** | Tax year **2020** | **$199,325.00** |
| | **NOL** | Tax year **2021** | **$2,610,638.00** |
| 73. | **Interests in insurance policies or annuities** | | |

Debtor   **Foodspace Technology, Inc.**
_____   Case number *(If known)* _____
Name

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | **$2,847,567.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **Foodspace Technology, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,279.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $13,425.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,847,567.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,865,271.05 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92        $2,865,271.05

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Foodspace Technology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Foodspace Technology, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,458.00 | $9,458.00 |
| Date or dates debt was incurred<br>**12/31/2020** | Basis for the claim:<br>**Tax debt** | | |
| Last 4 digits of account number **4065**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Amazon Web Services<br>410 Terry Avenue North<br>Seattle, WA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $959.00 |
| Date(s) debt was incurred  **03/01/2022**<br>Last 4 digits of account number  **1606** | Basis for the claim:  **Service fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Ambika Subramaniam<br>4725 Lake Villa Drive<br>Metairie, LA 70002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
| Date(s) debt was incurred  **04/02/2021**<br>Last 4 digits of account number _ | Basis for the claim:  **SAFE (Simple Agreement for Future Equity)**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Foodspace Technology, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,192.00 |
|---|---|---|---|
| | **Aquiva Labs**<br>**52 Riley Rd. #522**<br>**Kissimmee, FL 34747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/30/2021 | Basis for the claim:  **Service Fees** | |
| | Last 4 digits of account number **Foodspace Technology** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | **Barry J. Coffman, Revocable Trust**<br>**837 Great Plain Ave**<br>**Needham, MA 02492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2021 | Basis for the claim:  **SAFE** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | **Berwind-Shappy Investments, LLC**<br>**PO Box 750**<br>**Groton, MA 01449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  02/15/2021 | Basis for the claim:  **SAFE** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|
| | **Berwind-Shappy Investments, LLC**<br>**PO Box 750**<br>**Groton, MA 01450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/03/2021 | Basis for the claim:  **SAFE** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | **Berwind-Shappy Investments, LLS**<br>**87 Great Plain Ave.**<br>**Needham, MA 02492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/02/2021 | Basis for the claim:  **SAFE** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,809.90 |
|---|---|---|---|
| | **Boston AI, LLC**<br>**9 Steven Ln.**<br>**Medfield, MA 02052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  03/03/2022 | Basis for the claim:  **Service fees** | |
| | Last 4 digits of account number **Foodspace Technology** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,015.95 |
|---|---|---|---|
| | **Brex**<br>**12832 Frontrunner Blvd., Suite 500**<br>**Draper, UT 84020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/22/22 to 2/26/22 | Basis for the claim:  **Credit card** | |
| | Last 4 digits of account number **Foodspace Technology, LLC** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Foodspace Technology, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**C.J.B. III 2006 Trust**
**447 Beacon St, #2**
**Boston, MA 02115**

Date(s) debt was incurred  **02/5/2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,499.73 |
|---|---|---|---|

**Catherine Yaghsizian**
**573 Steele Rd.**
**Boston, MA 02115**

Date(s) debt was incurred  **04/01/2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Charles J. Brucato III**
**447 Beacpn St., #2**
**Boston, MA 02115**

Date(s) debt was incurred  **10/04/2021**

Last 4 digits of account number  **Foodspace Technology**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,210.56 |
|---|---|---|---|

**Chase**
**P.O. Box 15123**
**Wilmington, DE 19850-5123**

Date(s) debt was incurred  **February 2022**

Last 4 digits of account number  **8639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overdraft**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,375.00 |
|---|---|---|---|

**CompEAP**
**2 Mount Royal Ave, Suite 480**
**Marlborough, MA 01752**

Date(s) debt was incurred  **01/12/2022**

Last 4 digits of account number  **Foodspace**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**Concordia Partners**
**130 Warren St.**
**Brookline, MA 02445**

Date(s) debt was incurred  **06/18/2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Dan Powdermaker 2020**
**119 Lincoln st.**
**Newton Highlands, MA 02461**

Date(s) debt was incurred  **07/12/2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Foodspace Technology, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.17** Nonpriority creditor's name and mailing address
**Daniel and Julie Stevenson**
307 Smith Neck Rd. S.
South Dartmouth, MA 02748

Date(s) debt was incurred  06/14/2021
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.18** Nonpriority creditor's name and mailing address
**Finistere Ventures, LLC**
250 Cambridge Ave, Ste. 104
Redwood City, CA 94062

Date(s) debt was incurred  10/13/2021
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$250,000.00**

---

**3.19** Nonpriority creditor's name and mailing address
**Fund1, a series of huntington Avenue Ven**
PO Box 3217
Seattle, WA 98114

Date(s) debt was incurred  05/19/2021
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.20** Nonpriority creditor's name and mailing address
**Google**
1600 Amphitheatre Parkway
Mountain View, CA 94043

Date(s) debt was incurred  03/01/2022
Last 4 digits of account number  34E8

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,305.00**

---

**3.21** Nonpriority creditor's name and mailing address
**GSI US**
Department 781271
PO Box 78000
Detroit, MI 48278-1271

Date(s) debt was incurred  02/08/222
Last 4 digits of account number  7512

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.22** Nonpriority creditor's name and mailing address
**Guideline**
1645 E. 6th St., Sutie 200
Austin, TX 78702

Date(s) debt was incurred  03/10/2022
Last 4 digits of account number  Foodspace

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid 401k distributions**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.23** Nonpriority creditor's name and mailing address
**Gusto**
525 20th Street
San Francisco, CA 94107

Date(s) debt was incurred  03/10/2022
Last 4 digits of account number  Foodspace

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll taxes/benefits**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | **Foodspace Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24**

Nonpriority creditor's name and mailing address
**Hamid Onifade**
**209 E 121th St.**
**New York, NY 10035**

Date(s) debt was incurred  12/10/2020

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.25**

Nonpriority creditor's name and mailing address
**Hamid Onifade**
**210 E. 121th St., Apt. 9 E**
**New York, NY 10035**

Date(s) debt was incurred  05/01/2018

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,836.16**

---

**3.26**

Nonpriority creditor's name and mailing address
**Hamid Onifade**
**210 E 121th St., Apt. 9 E**
**New York, NY 10035**

Date(s) debt was incurred  02/01/2019

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,578.08**

---

**3.27**

Nonpriority creditor's name and mailing address
**Hamilton, Brook, Smith & Teynolds, P.C.**
**530 Virginia Rd.**
**PO Box 9133**
**Concord, MA 01742-9133**

Date(s) debt was incurred  10/25/2021

Last 4 digits of account number  5838

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,948.00**

---

**3.28**

Nonpriority creditor's name and mailing address
**Hubspot, Inc.**
**PO Box 419842**
**Boston, MA 02241-9842**

Date(s) debt was incurred  02/01/2022

Last 4 digits of account number  Foodspace

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$855.93**

---

**3.29**

Nonpriority creditor's name and mailing address
**Jeff Kolker**
**6704 Kerns Rd.**
**Falls Church, VA 22042**

Date(s) debt was incurred  02/07/2018

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,896.12**

---

**3.30**

Nonpriority creditor's name and mailing address
**Joan Goldberg**
**192 Commonwealth Ave., #3**
**Boston, MA 02116**

Date(s) debt was incurred  02/23/2021

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

| Debtor | **Foodspace Technology, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Joan Goldberg**<br>**193 Commonwealth Ave, #3**<br>**Boston, MA 02116**<br><br>Date(s) debt was incurred  __06/22/2021__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __SAFE__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,000.00** |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Joel Warady**<br>**2430 Payne St.**<br>**Evanston, IL 60201**<br><br>Date(s) debt was incurred  __04/25/2021__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __SAFE__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Juno Equity, LLC**<br>**78 Montgomery St.**<br>**Boston, MA 02116**<br><br>Date(s) debt was incurred  __11/19/2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __SAFE__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$15,000.00** |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Kathy Kong**<br>**10606 Melvich Lane**<br>**Dublin, CA 94568**<br><br>Date(s) debt was incurred  __07/07/2021__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __SAFE__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$30,000.00** |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Keith Orlowski**<br>**29 Peral**<br>**Charlestown, MA 02129**<br><br>Date(s) debt was incurred  __12/10/2020__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __SAFE__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,000.00** |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Kevin Huestis**<br>**100 Landsdowne St., Apt. 1207**<br>**Cambridge, MA**<br><br>Date(s) debt was incurred  __05/01/2018__<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __SAFE__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,672.33** |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Keystone Partners, LLC**<br>**125 Summer St., Suite 1020**<br>**Boston, MA 02111**<br><br>Date(s) debt was incurred  __11/18/2021__<br><br>Last 4 digits of account number __Foodspace__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Service fees__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,000.00** |

Debtor   **Foodspace Technology, Inc.**                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

| | |
|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Kezar Ventures**<br>**8 Barnstable Rd.**<br>**Natick, MA 01760**<br><br>Date(s) debt was incurred  10/22/2020<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$10,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Kung Family Office, LLC**<br>**168 Brattle St.**<br>**Cambridge, MA 02138**<br><br>Date(s) debt was incurred  01/12/2021<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$10,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Little Bird Boston Marketing & PR**<br>**7 Wadsworth St.**<br>**Danvers, MA 01923**<br><br>Date(s) debt was incurred  01/03/2022<br><br>Last 4 digits of account number  Foodspace | As of the petition filing date, the claim is: *Check all that apply.*  **$3,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Service fees<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Majrorie Radlo-Zandi**<br>**8 Bryant Rd.**<br>**Lexington, MA 02420**<br><br>Date(s) debt was incurred  01/05/2021<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$7,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Marcia Oshinaike**<br>**2220 Quincy St. NE**<br>**Washington, DC 20018**<br><br>Date(s) debt was incurred  05/01/2021<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*  **$26,084.93**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Montana Fredrick**<br>**3963 W. Belmont Ave, Unit 111**<br>**Chicago, IL 60618**<br><br>Date(s) debt was incurred  01/12/2022<br><br>Last 4 digits of account number  Foodspace | As of the petition filing date, the claim is: *Check all that apply.*  **$2,928.60**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Service fees<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Nielsen Consumer. LLC**<br>**PO Box 88956**<br>**Chicago, IL 60695-8956**<br><br>Date(s) debt was incurred  08/30/2021<br><br>Last 4 digits of account number  4302 | As of the petition filing date, the claim is: *Check all that apply.*  **$25,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Service Fees<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

| Debtor | Foodspace Technology, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Ousiders Fund, L.P.**
**50 Day St.**
**Norwalk, CT 06854**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750,000.00 |
|---|---|---|---|

**Outsiders Fund, L.P.**
**50 Day St.**
**Norwalk, CT 06854**

Date(s) debt was incurred  **10/13/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.80 |
|---|---|---|---|

**Paro**
**343 W. Erie St., Suite 600**
**Chicago, IL 60654**

Date(s) debt was incurred  **12/31/2022**

Last 4 digits of account number  **Foodspace**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Paul Henderson**
**2 Shipyard Lane**
**Mattapoisett, MA 02739**

Date(s) debt was incurred  **11/25/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Paul Henderson**
**3 Shipyard Lane**
**Mattapoisett, MA 02739**

Date(s) debt was incurred  **06/10/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Peter Rait**
**72 Beacon St.**
**Boston, MA 02108**

Date(s) debt was incurred  **12/9/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Peter Rait**
**72 Beacon St.**
**Boston, MA 02108**

Date(s) debt was incurred  **12/18/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Foodspace Technology, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,444.00 |
|---|---|---|---|

**Polsinelli**
**One International Place, Suite 3900**
**Boston, MA 02110**

Date(s) debt was incurred  **02/23/2022**

Last 4 digits of account number  **5904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**R. Douglas Murphy**
**106 Appleton St.**
**Boston, MA 02116**

Date(s) debt was incurred  **9/30/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,769.60 |
|---|---|---|---|

**Ramp Business Corporation**
**71 5th Avenue, 6th Floor**
**New York, NY 10003**

Date(s) debt was incurred  **12/17/21 to 02/27/2022**

Last 4 digits of account number  **Foodspace Technology, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,848.81 |
|---|---|---|---|

**Republic First Bank DBA Republic Bank**
**Two Liberty Place 50**
**S. 16th St., Suite 2400**
**Philadelphia, PA 19102**

Date(s) debt was incurred  **5/17/2020**

Last 4 digits of account number  **7407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,800.00 |
|---|---|---|---|

**Republic First Bank DBA Republic Bank**
**Two Libert Place 50**
**S. 16th St., Suite 2400**
**Philadelphia, PA 19102**

Date(s) debt was incurred  **3/10/2021**

Last 4 digits of account number  **7407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Robert Lacour Mitchell**
**1584 Timberland Rd. NE**
**Atlanta, GA 30345-4163**

Date(s) debt was incurred  **9/5/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,090.41 |
|---|---|---|---|

**Robert Lacour Mitchell**
**1584 Timberland Rd. NE**
**Atlanta, GA 30345-4163**

Date(s) debt was incurred  **05/01/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SAFE**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Foodspace Technology, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Rosenheim Advisors**
352 Sheffield St.
Staten Island, NY 10310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/31/2021

Basis for the claim:  **SAFE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Salesforce.com**
PO Box 203141
Dallas, TX 75320-3141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/03/2021

Basis for the claim:  **Service fee**

Last 4 digits of account number  5846

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Saloni Setia**
73 East 3rd St., #D3
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/11/2021

Basis for the claim:  **SAFE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,895.00** |
|---|---|---|---|

**Sherin and Lodgen, LLP**
100 Federal St.
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/09/2021

Basis for the claim:  **Service fees**

Last 4 digits of account number  1148

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,625.00** |
|---|---|---|---|

**Snowflake**
Suite 3A,
106 East Babcock Street
Bozeman, MT 59715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2022

Basis for the claim:  **Service fees**

Last 4 digits of account number  **Foodspace**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,750.00** |
|---|---|---|---|

**Storyhackers, LLC**
548 market St. 79631
San Francisco, CA 94104-5401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/01/2021

Basis for the claim:  **Service fees**

Last 4 digits of account number  **Foodspace Technology**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,920.55** |
|---|---|---|---|

**Sugar Mountain Capital, LLC**
1725 Westlake Ave. N, Suite 200
Seattle, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/2018

Basis for the claim:  **SAFE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Foodspace Technology, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.66** | **Nonpriority creditor's name and mailing address**<br>**Thomas J Medrek 2004 Revocable Trust**<br>**8 Lancaster Rd.**<br>**Windham, NH 03087** | As of the petition filing date, the claim is: _Check all that apply._   **$10,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  02/16/2021 | Basis for the claim:  **SAFE** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.67** | **Nonpriority creditor's name and mailing address**<br>**Thomas J Medrek 2004 Revocable Trust**<br>**1562 Sherman Ave, Ste. 200**<br>**Evanston, IL 60201** | As of the petition filing date, the claim is: _Check all that apply._   **$20,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  06/02/2021 | Basis for the claim:  **SAFE** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.68** | **Nonpriority creditor's name and mailing address**<br>**United Health Care**<br>**PO Box 30555**<br>**Salt Lake City, UT 84130-0567** | As of the petition filing date, the claim is: _Check all that apply._   **$3,673.91**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  03/01/2022 | Basis for the claim:  **Service fees** |
| | Last 4 digits of account number  1590 | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.69** | **Nonpriority creditor's name and mailing address**<br>**Unity Technologies ApS**<br>**30 3rd Street**<br>**San Francisco, CA 94103** | As of the petition filing date, the claim is: _Check all that apply._   **$27,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  02/01/2022 | Basis for the claim:  **Service fees** |
| | Last 4 digits of account number  0427 | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.70** | **Nonpriority creditor's name and mailing address**<br>**UpNext Leadership Coaching, LLC**<br>**121 High Ridge Ave.**<br>**Ridgefield, CT 06877** | As of the petition filing date, the claim is: _Check all that apply._   **$7,125.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  12/01/2021<br>Last 4 digits of account<br>number  Foodspace Technology | Basis for the claim:  **Service Fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.71** | **Nonpriority creditor's name and mailing address**<br>**UPQODE, LLC**<br>**41 Peabody St.**<br>**Nashville, TN 37210** | As of the petition filing date, the claim is: _Check all that apply._   **$7,600.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  11/30/2021 | Basis for the claim:  **Service fees** |
| | Last 4 digits of account number  2254 | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.72** | **Nonpriority creditor's name and mailing address**<br>**Vitality Capital, LLC**<br>**1563 Sherman Ave, Ste. 200**<br>**Evanston, IL 60201** | As of the petition filing date, the claim is: _Check all that apply._   **$250,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  08/17/2021 | Basis for the claim:  **SAFE** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Foodspace Technology, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
| --- | --- | --- | --- |

**3.73** Nonpriority creditor's name and mailing address
**Whipstick Ventures, LLC**
**120 High Ridge Ave,**
**Ridgefield, CT 06877**

Date(s) debt was incurred  __10/05/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SAFE__

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.74** Nonpriority creditor's name and mailing address
**Whipstick Ventures, LLC**
**121 High Ridge Ave.**
**Ridgefield, CT 06877**

Date(s) debt was incurred  __10/01/2019__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SAFE__

Is the claim subject to offset? ■ No  ☐ Yes

**$29,252.05**

---

**3.75** Nonpriority creditor's name and mailing address
**Whipstick Ventures, LLC**
**122 High Ridge Ave.**
**Ridgefield, CT 06877**

Date(s) debt was incurred  __02/20/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SAFE__

Is the claim subject to offset? ☐ No  ☐ Yes

**$28,473.97**

---

**3.76** Nonpriority creditor's name and mailing address
**WindWard Family, LLC**
**PO Box 760**
**Groton, MA 01450**

Date(s) debt was incurred  __03/04/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SAFE__

Is the claim subject to offset? ☐ No  ☐ Yes

**$25,000.00**

---

**3.77** Nonpriority creditor's name and mailing address
**Winward Family, LLC**
**PO Box 760**
**Harvard, MA 01451**

Date(s) debt was incurred  __06/04/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SAFE__

Is the claim subject to offset? ☐ No  ☐ Yes

**$225,000.00**

---

**3.78** Nonpriority creditor's name and mailing address
**Yana Galukhina**
**38 Munroe Rd.**
**Lexington, MA 02421**

Date(s) debt was incurred  __08/01/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SAFE__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,232.33**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
| --- | --- |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Foodspace Technology, Inc.**
_____
          Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 9,458.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,400,898.72 |
| **5c. Total of Parts 1 and 2** | 5c. | $ 3,410,356.72 |
| Lines 5a + 5b = 5c. | | |

**Fill in this information to identify the case:**

Debtor name **Foodspace Technology, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Vendor/Contractor** | |
| State the term remaining **03/16/2022** | **GoBrands, Inc.**<br>**537 N. 3rd St.**<br>**Philadelphia, PA 19123** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Vendor/Contractor** | |
| State the term remaining **1/23/2024** | **LG Electronics**<br>**128 Yeoui-daero**<br>**Yeongdeungpo-gu, Seoul, Republic of Kore** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Vendor/Contractor** | |
| State the term remaining **04/17/2022** | **Mars Information Services, Inc.**<br>**800 High Street**<br>**Hackettstown, NJ 07840** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Vendor/Contractor** | |
| State the term remaining **09/14/2022** | **Tyson Shared Services, Inc.**<br>**2200 W. Don Tyson Pkwy**<br>**Springdale, AR 72762** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Foodspace Technology, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____ / City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __**Foodspace Technology, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 207</u>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $129,043.33 |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $62,997.48 |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | $306.61 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Foodspace Technology, Inc.**                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Boston AI, LLC** | **02/23/2022** **01/29/2022** **12/01/2021** | **$31,543.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.   **Storyhackers, LLC** | **01/28/2022** | **$9,004.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.   **Ramp** | **01/20/2022** **12/28/2021** **12/21/2021** **12/17/2021** **12/13/2021** | **$20,183.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card** |
| 3.4.   **Upwork** **475 Branna St.; Ste 460** **San Francisco, CA 94107** | **Past 90 Days (approximate amont)** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payments to Upwork (Platform that contracts labor; payments were for services performed)** |
| 3.5.   **Upwork** **655 Montgomery St., Suite 490** **Dept. 17022** **San Francisco, CA 94111-2676** | **12/12/2021** **12/19/2021** **12/26/2021** **01/02/2022** **01/09/2022** **01/16/2022** **01/23/2022** **01/30/2022** **02/06/2022** **02/13/2022** **02/20/2022** **02/27/2022** **03/06/2022** | **$81,487.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **Foodspace Technology, Inc.**                                          Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daniel Yaghsizian**<br>**869 Famington Ave., Apt. 102**<br>**West Hartford, CT 06119**<br>**Officer, Director, Controlling**<br>**Shareholder** | **08/23/2021**<br>**02/25/2021**<br>**10/22/2021**<br>**06/24/2021**<br>**05/20/2021**<br>**03/30/2021** | **$70,212.41** | **Shareholder bridge loan repayment and outstanding payroll liability payment.** |
| 4.2. **Ayodele Oshinaike**<br>**318 E. 117th; PH A**<br>**New York, NY 10035**<br>**Officer, Director, Controlling**<br>**Shareholder** | **3-9-2021 -**<br>**Present**<br>**(additional**<br>**information**<br>**available)** | **$167,218.94** | **Expense reimbursements, Shareholder Bridge Loans, Deliquient earnings to former CEO** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **Foodspace Technology, Inc.**                                                                Case number *(if known)*

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohen & Cohen, P.C.**<br>**1720 S. Bellaire St.**<br>**Suite 205**<br>**Denver, CO 80222** | **Attorneys fees** | **02/28/2022** | **$8,662.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Montana Fredrick**<br>**3963 W. Belmont Ave; Unit 111**<br>**Chicago, IL 60618** | **Debtor contracted with M Fredrick in 2020 to purchase back her equity; Contract price was paid on July 19, 2021, M Fredrick was listed as Chief Marketing Officer** | **July 19, 2021** | **$52,250.00** |
| | Relationship to debtor<br>**Former Officer** | | | |

Debtor   **Foodspace Technology, Inc.**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Joe Cardin**<br>**11 Pineywood Road**<br>**Saco, ME 04072** | **Settlement agreement payment re dispute for services rendered;** | **December 15, 2021** | **$15,000.00** |
| | Relationship to debtor<br>**Former Advisor** | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **336 East Main St.**<br>**Wallingford, CT 06492** | **2019-2020** |
| 14.2. **243 E. 120th St.**<br>**New York, NY 10035** | **2019-2022** |

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor    **Foodspace Technology, Inc.**                                        Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Foodspace Technology, Inc.** | | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Verge Advisors<br>Midori Williams<br>14 Island Hill Ave., Unit 101<br>Melrose, MA 02176** | **09/01/2021 to<br>01/31/2022** |
| 26a.2. | **Robert Miller<br>185 Montag Cir. NE, Suite 147<br>Atlanta, GA 30307** | **11/17/2020 to<br>12/01/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Daniel Yaghsizian<br>869 Farmington Ave, Apt. 102<br>West Hartford, CT 06119** | **Records held digitally in the cloud,<br>accessible by individual among others.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Foodspace Technology, Inc.**                                    Case number *(if known)*

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Daniel Yaghsizian | 869 Farminton Ave., Apt. 102 West Hartford, CT 06119 | Chief Operating Officer, Director, Major Shareholder | 47.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Daniel DeMillard | 3754 S Walden Way Aurora, CO 80013 | CEO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Ayodele Oshinaike | PHA 318 E. 117th New York, NY 10035 | Chief Executive Officer, Director, Controlling Shareholder | 03/01/2019 to 01/17/2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Montana Fredrick | 3963 W. Belmont; Unit 111 Chicago, IL 60618 | Former Chief Marketing Officer | Nov 2020 - Dec 2021 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Jennifer Onopa | | Fomer Cheif Nutrition Officer | Nov 2020 - Feb 2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

Debtor   **Foodspace Technology, Inc.**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Daniel Yaghsizian**<br>**869 Farmington Ave., Apt. 102**<br>**West Hartford, CT 06119**<br><br>**Relationship to debtor**<br>**Officer, Director, Controlling Shareholder** | **Salary paid in the amount of $45,068.52** | **03/08/2021**<br>**03/19/2021**<br>**04/02/2021**<br>**04/16/2021**<br>**04/30/2021**<br>**05/17/2021**<br>**06/04/2021**<br>**06/11/2021**<br>**06/25/2021**<br>**07/09/2021**<br>**07/23/2021**<br>**08/06/2021**<br>**08/20/2021**<br>**09/03/2021**<br>**09/17/2021**<br>**10/08/2021**<br>**10/15/2021**<br>**10/19/2021**<br>**10/29/2021**<br>**11/12/2021**<br>**11/26/2021**<br>**12/10/2021**<br>**12/24/2021** | |
| 30.2. | **Daniel DeMillard**<br>**3754 S. Walden Way**<br>**Aurora, CO 80013**<br><br>**Relationship to debtor**<br>**Officer, Director, Controlling Shareholder** | **Salary paid in the amount of $85,180.69** | **03/08/2021**<br>**03/19/2021**<br>**04/02/2021**<br>**04/16/2021**<br>**04/30/2021**<br>**05/17/2021**<br>**06/04/2021**<br>**06/11/2021**<br>**06/25/2021**<br>**07/09/2021**<br>**07/23/2021**<br>**08/06/2021**<br>**08/20/2021**<br>**09/03/2021**<br>**09/17/2021**<br>**10/08/2021**<br>**10/15/2021**<br>**10/19/2021**<br>**10/29/2021**<br>**11/12/2021**<br>**11/26/2021**<br>**12/10/2021**<br>**12/24/2021** | |

Debtor   **Foodspace Technology, Inc.**                                   Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | | | 03/08/2021<br>03/19/2021<br>04/02/2021<br>04/16/2021<br>04/30/2021<br>05/17/2021<br>06/04/2021<br>06/11/2021<br>06/25/2021<br>07/09/2021<br>07/23/2021<br>08/06/2021<br>08/20/2021<br>09/03/2021<br>09/17/2021<br>10/08/2021<br>10/15/2021<br>10/19/2021<br>10/29/2021<br>11/12/2021<br>11/26/2021<br>12/10/2021<br>12/24/2021 | |
| | **Ayodele Oshinaike**<br>**PHA, 318 E. 117th**<br>**New York, NY 10035** | **Salary paid in the amount of $43,677.29** | | |
| | **Relationship to debtor**<br>**Officer, Director, Controlling Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Foodspace Technology, Inc.**                                                Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2022**

**/s/ Daniel DeMillard**                                          **Daniel DeMillard**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Interim Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re  **Foodspace Technology, Inc.**

                                               Debtor(s)

Case No.

Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 18, 2022**

**/s/ Daniel DeMillard**

**Daniel DeMillard**/**Interim Chief Executive Officer**
Signer/Title