**Fill in this information to identify the case:**

Debtor name: **Foodspace Technology, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **22-10884**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,458.00 | $9,458.00 |
| | Date or dates debt was incurred<br>**12/31/2020** | Basis for the claim:<br>**Tax debt** | | |
| | Last 4 digits of account number **4065** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Amazon Web Services**<br>**410 Terry Avenue North**<br>**Seattle, WA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $959.00 |
| | Date(s) debt was incurred **03/01/2022** | Basis for the claim: **Service fees** | |
| | Last 4 digits of account number **1606** | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Ambika Subramaniam**<br>**4725 Lake Villa Drive**<br>**Metairie, LA 70002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
| | Date(s) debt was incurred **04/02/2021** | Basis for the claim: **SAFE (Simple Agreement for Future Equity)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Foodspace Technology, Inc. | Case number (if known) | 22-10884 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Aquiva Labs<br>52 Riley Rd. #522<br>Kissimmee, FL 34747<br><br>Date(s) debt was incurred  11/30/2021<br>Last 4 digits of account number  Foodspace Technology | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service Fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$60,192.00** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Barry J. Coffman, Revocable Trust<br>837 Great Plain Ave<br>Needham, MA 02492<br><br>Date(s) debt was incurred  2021<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,000.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Berwind-Shappy Investments, LLC<br>PO Box 750<br>Groton, MA 01449<br><br>Date(s) debt was incurred  02/15/2021<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,000.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Berwind-Shappy Investments, LLC<br>PO Box 750<br>Groton, MA 01450<br><br>Date(s) debt was incurred  06/03/2021<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$225,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Berwind-Shappy Investments, LLS<br>87 Great Plain Ave.<br>Needham, MA 02492<br><br>Date(s) debt was incurred  06/02/2021<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,000.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Boston AI, LLC<br>9 Steven Ln.<br>Medfield, MA 02052<br><br>Date(s) debt was incurred  03/03/2022<br>Last 4 digits of account number  Foodspace Technology | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$37,809.90** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Brex<br>12832 Frontrunner Blvd., Suite 500<br>Draper, UT 84020<br><br>Date(s) debt was incurred  1/22/22 to 2/26/22<br>Last 4 digits of account number  Foodspace Technology, LLC | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit card**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$82,015.95** |

Debtor  **Foodspace Technology, Inc.**                                  Case number (if known)  22-10884
        Name

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**C.J.B. III 2006 Trust**<br>**447 Beacon St, #2**<br>**Boston, MA 02115**<br><br>Date(s) debt was incurred  02/5/2021<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Catherine Yaghsizian**<br>**573 Steele Rd.**<br>**Boston, MA 02115**<br><br>Date(s) debt was incurred  04/01/2021<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,499.73 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Charles J. Brucato III**<br>**447 Beacpn St., #2**<br>**Boston, MA 02115**<br><br>Date(s) debt was incurred  10/04/2021<br>Last 4 digits of account number  Foodspace Technology | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Loan<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $25,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Chase**<br>**P.O. Box 15123**<br>**Wilmington, DE 19850-5123**<br><br>Date(s) debt was incurred  February 2022<br>Last 4 digits of account number  8639 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Overdraft<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,210.56 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**CompEAP**<br>**2 Mount Royal Ave, Suite 480**<br>**Marlborough, MA 01752**<br><br>Date(s) debt was incurred  01/12/2022<br>Last 4 digits of account number  Foodspace | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service fees<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,375.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Concordia Partners**<br>**130 Warren St.**<br>**Brookline, MA 02445**<br><br>Date(s) debt was incurred  06/18/2021<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $75,000.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Dan Powdermaker 2020**<br>**119 Lincoln st.**<br>**Newton Highlands, MA 02461**<br><br>Date(s) debt was incurred  07/12/2021<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |

Debtor **Foodspace Technology, Inc.**               Case number (if known)  **22-10884**
       Name

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Daniel and Julie Stevenson**<br>**307 Smith Neck Rd. S.**<br>**South Dartmouth, MA 02748**<br>Date(s) debt was incurred  06/14/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$50,000.00** |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Ensemble IQ Inc**<br>**29475 Network Place**<br>**Chicago, IL 60673**<br>Date(s) debt was incurred  11/11/2021<br>Last 4 digits of account number  3782 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$664.50** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Finistere Ventures, LLC**<br>**250 Cambridge Ave, Ste. 104**<br>**Redwood City, CA 94062**<br>Date(s) debt was incurred  10/13/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$250,000.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Fund1, a series of huntington Avenue Ven**<br>**PO Box 3217**<br>**Seattle, WA 98114**<br>Date(s) debt was incurred  05/19/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,000.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Google**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043**<br>Date(s) debt was incurred  03/01/2022<br>Last 4 digits of account number  34E8 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service fees<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,305.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**GSI US**<br>**Department 781271**<br>**PO Box 78000**<br>**Detroit, MI 48278-1271**<br>Date(s) debt was incurred  02/08/222<br>Last 4 digits of account number  7512 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service fees<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,000.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Guideline**<br>**1645 E. 6th St., Sutie 200**<br>**Austin, TX 78702**<br>Date(s) debt was incurred  03/10/2022<br>Last 4 digits of account number  H286 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unpaid 401k distributions<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$262.00** |

Debtor **Foodspace Technology, Inc.**
Name

Case number (if known) **22-10884**

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address**<br>**Gusto**<br>**525 20th Street**<br>**San Francisco, CA 94107**<br>**Date(s) debt was incurred  03/10/2022**<br>**Last 4 digits of account number  2203** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>**Basis for the claim:  Payroll taxes/benefits**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$405.00** |
| 3.25 | Nonpriority creditor's name and mailing address<br>Hamid Onifade<br>209 E 121th St.<br>New York, NY 10035<br>Date(s) debt was incurred  12/10/2020<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15,000.00 |
| 3.26 | Nonpriority creditor's name and mailing address<br>Hamid Onifade<br>210 E. 121th St., Apt. 9 E<br>New York, NY 10035<br>Date(s) debt was incurred  05/01/2018<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $12,836.16 |
| 3.27 | Nonpriority creditor's name and mailing address<br>Hamid Onifade<br>210 E 121th St., Apt. 9 E<br>New York, NY 10035<br>Date(s) debt was incurred  02/01/2019<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $30,578.08 |
| 3.28 | Nonpriority creditor's name and mailing address<br>Hamilton, Brook, Smith & Teynolds, P.C.<br>530 Virginia Rd.<br>PO Box 9133<br>Concord, MA 01742-9133<br>Date(s) debt was incurred  10/25/2021<br>Last 4 digits of account number  5838 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Service fees<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,948.00 |
| 3.29 | Nonpriority creditor's name and mailing address<br>Hubspot, Inc.<br>PO Box 419842<br>Boston, MA 02241-9842<br>Date(s) debt was incurred  02/01/2022<br>Last 4 digits of account number  Foodspace | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Service Fees<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $855.93 |
| 3.30 | Nonpriority creditor's name and mailing address<br>Jeff Kolker<br>6704 Kerns Rd.<br>Falls Church, VA 22042<br>Date(s) debt was incurred  02/07/2018<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  SAFE<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,896.12 |

Debtor **Foodspace Technology, Inc.**   Case number (if known) 22-10884
       Name

| 3.31 | **Nonpriority creditor's name and mailing address**<br>Joan Goldberg<br>192 Commonwealth Ave., #3<br>Boston, MA 02116<br><br>Date(s) debt was incurred  02/23/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Joan Goldberg<br>193 Commonwealth Ave, #3<br>Boston, MA 02116<br><br>Date(s) debt was incurred  06/22/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Joel Warady<br>2430 Payne St.<br>Evanston, IL 60201<br><br>Date(s) debt was incurred  04/25/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $25,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Juno Equity, LLC<br>78 Montgomery St.<br>Boston, MA 02116<br><br>Date(s) debt was incurred  11/19/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $15,000.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Kathy Kong<br>10606 Melvich Lane<br>Dublin, CA 94568<br><br>Date(s) debt was incurred  07/07/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $30,000.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Keith Orlowski<br>29 Peral<br>Charlestown, MA 02129<br><br>Date(s) debt was incurred  12/10/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Kevin Huestis<br>100 Landsdowne St., Apt. 1207<br>Cambridge, MA<br><br>Date(s) debt was incurred  05/01/2018<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $25,672.33 |

| Debtor | Foodspace Technology, Inc. | Case number (if known) | 22-10884 |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Keystone Partners, LLC<br>125 Summer St., Suite 1020<br>Boston, MA 02111<br><br>Date(s) debt was incurred  **11/18/2021**<br>Last 4 digits of account number  **Foodspace** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,000.00** |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Kezar Ventures<br>8 Barnstable Rd.<br>Natick, MA 01760<br><br>Date(s) debt was incurred  **10/22/2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,000.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Kung Family Office, LLC<br>168 Brattle St.<br>Cambridge, MA 02138<br><br>Date(s) debt was incurred  **01/12/2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,000.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Little Bird Boston Marketing & PR<br>7 Wadsworth St.<br>Danvers, MA 01923<br><br>Date(s) debt was incurred  **01/03/2022**<br>Last 4 digits of account number  **Foodspace** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,000.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Majrorie Radlo-Zandi<br>8 Bryant Rd.<br>Lexington, MA 02420<br><br>Date(s) debt was incurred  **01/05/2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$7,500.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Marcia Oshinaike<br>2220 Quincy St. NE<br>Washington, DC 20018<br><br>Date(s) debt was incurred  **05/01/2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$26,084.93** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>MetaWell Consulting, LLC<br>509 Mill Rd<br>Havertown, PA 19083<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **0331** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service Fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,750.00** |

Debtor  **Foodspace Technology, Inc.**                                    Case number (if known)  22-10884
        Name

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Montana Fredrick<br>3963 W. Belmont Ave, Unit 111<br>Chicago, IL 60618<br><br>Date(s) debt was incurred  01/12/2022<br>Last 4 digits of account number  Foodspace | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,928.60 |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>Nielsen Consumer. LLC<br>PO Box 88956<br>Chicago, IL 60695-8956<br><br>Date(s) debt was incurred  08/30/2021<br>Last 4 digits of account number  4302 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service Fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $25,000.00 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Ousiders Fund, L.P.<br>50 Day St.<br>Norwalk, CT 06854<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Loan<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $100,000.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Outsiders Fund, L.P.<br>50 Day St.<br>Norwalk, CT 06854<br><br>Date(s) debt was incurred  10/13/2021<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $750,000.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Paro<br>343 W. Erie St., Suite 600<br>Chicago, IL 60654<br><br>Date(s) debt was incurred  12/31/2022<br>Last 4 digits of account number  Foodspace | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $730.80 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Paul Henderson<br>2 Shipyard Lane<br>Mattapoisett, MA 02739<br><br>Date(s) debt was incurred  11/25/2020<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $15,000.00 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Paul Henderson<br>3 Shipyard Lane<br>Mattapoisett, MA 02739<br><br>Date(s) debt was incurred  06/10/2021<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $20,000.00 |

Debtor **Foodspace Technology, Inc.**  Case number (if known) 22-10884

| | | |
|---|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address**<br>Peter Rait<br>72 Beacon St.<br>Boston, MA 02108<br>Date(s) debt was incurred 12/9/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** SAFE<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| **3.53** | **Nonpriority creditor's name and mailing address**<br>Peter Rait<br>72 Beacon St.<br>Boston, MA 02108<br>Date(s) debt was incurred 12/18/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** SAFE<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |
| **3.54** | **Nonpriority creditor's name and mailing address**<br>Polsinelli<br>One International Place, Suite 3900<br>Boston, MA 02110<br>Date(s) debt was incurred 02/23/2022<br>Last 4 digits of account number 5904 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Service fees<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,546.00** |
| **3.55** | **Nonpriority creditor's name and mailing address**<br>R. Douglas Murphy<br>106 Appleton St.<br>Boston, MA 02116<br>Date(s) debt was incurred 9/30/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** SAFE<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| **3.56** | **Nonpriority creditor's name and mailing address**<br>Ramp Business Corporation<br>71 5th Avenue, 6th Floor<br>New York, NY 10003<br>Date(s) debt was incurred 12/17/21 to 02/27/2022<br>Last 4 digits of account number Foodspace Technology, LLC | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit Card<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,769.60** |
| **3.57** | **Nonpriority creditor's name and mailing address**<br>Republic First Bank DBA Republic Bank<br>Two Liberty Place 50<br>S. 16th St., Suite 2400<br>Philadelphia, PA 19102<br>Date(s) debt was incurred 5/17/2020<br>Last 4 digits of account number 7407 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** PPP loan<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,848.81** |
| **3.58** | **Nonpriority creditor's name and mailing address**<br>Republic First Bank DBA Republic Bank<br>Two Libert Place 50<br>S. 16th St., Suite 2400<br>Philadelphia, PA 19102<br>Date(s) debt was incurred 3/10/2021<br>Last 4 digits of account number 8510 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** PPP loan<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor  **Foodspace Technology, Inc.**                                       Case number *(if known)*  22-10884
         Name

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Robert Lacour Mitchell**<br>**1584 Timberland Rd. NE**<br>**Atlanta, GA 30345-4163**<br><br>Date(s) debt was incurred  9/5/2020<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $50,000.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Robert Lacour Mitchell**<br>**1584 Timberland Rd. NE**<br>**Atlanta, GA 30345-4163**<br><br>Date(s) debt was incurred  05/01/2018<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $32,090.41 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Rosenheim Advisors**<br>**352 Sheffield St.**<br>**Staten Island, NY 10310**<br><br>Date(s) debt was incurred  05/31/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $20,000.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Salesforce.com**<br>**PO Box 203141**<br>**Dallas, TX 75320-3141**<br><br>Date(s) debt was incurred  08/03/2021<br>Last 4 digits of account number  5846 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service fee<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $20,000.00 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Saloni Setia**<br>**73 East 3rd St., #D3**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred  05/11/2021<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  SAFE<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $25,000.00 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Sherin and Lodgen, LLP**<br>**100 Federal St.**<br>**Boston, MA 02110**<br><br>Date(s) debt was incurred  12/09/2021<br>Last 4 digits of account number  1148 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Service fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $100,895.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Small Business Administration**<br>**National Guaranty Purchase Center**<br>**1145 Herndon Parkway, Suite 900**<br>**Herndon**<br>**Herndon, VA 20170**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  PPP Loan<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $35,848.81 |

Debtor **Foodspace Technology, Inc.**  Case number (if known) 22-10884
       Name

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Snowflake**<br>Suite 3A,<br>106 East Babcock Street<br>Bozeman, MT 59715<br><br>Date(s) debt was incurred  **12/1/2022**<br>Last 4 digits of account number  **Foodspace** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$10,625.00** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Storyhackers, LLC**<br>548 market St. 79631<br>San Francisco, CA 94104-5401<br><br>Date(s) debt was incurred  **12/01/2021**<br>Last 4 digits of account<br>number  **Foodspace Technology** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$8,750.00** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Sugar Mountain Capital, LLC**<br>1725 Westlake Ave. N, Suite 200<br>Seattle, WA 98109<br><br>Date(s) debt was incurred  **06/01/2018**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$31,920.55** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Thomas J Medrek 2004 Revocable Trust**<br>8 Lancaster Rd.<br>Windham, NH 03087<br><br>Date(s) debt was incurred  **02/16/2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$10,000.00** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Thomas J Medrek 2004 Revocable Trust**<br>1562 Sherman Ave, Ste. 200<br>Evanston, IL 60201<br><br>Date(s) debt was incurred  **06/02/2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SAFE**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$20,000.00** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**United Health Care**<br>PO Box 30555<br>Salt Lake City, UT 84130-0567<br><br>Date(s) debt was incurred  **03/01/2022**<br>Last 4 digits of account number  **1590** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,673.91** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Unity Technologies ApS**<br>30 3rd Street<br>San Francisco, CA 94103<br><br>Date(s) debt was incurred  **02/01/2022**<br>Last 4 digits of account number  **0427** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Service fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$27,000.00** |

Debtor **Foodspace Technology, Inc.**  Case number (if known) 22-10884
Name

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**UpNext Leadership Coaching, LLC**<br>**121 High Ridge Ave.**<br>**Ridgefield, CT 06877**<br>Date(s) debt was incurred  12/01/2021<br>Last 4 digits of account number  Foodspace Technology | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Service Fees<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,125.00 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**UPQODE, LLC**<br>**41 Peabody St.**<br>**Nashville, TN 37210**<br>Date(s) debt was incurred  11/30/2021<br>Last 4 digits of account number  2254 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Service fees<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,600.00 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Vitality Capital, LLC**<br>**1563 Sherman Ave, Ste. 200**<br>**Evanston, IL 60201**<br>Date(s) debt was incurred  08/17/2021<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  SAFE<br>Is the claim subject to offset?  ■ No  ☐ Yes | $250,000.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Vouch Insurance**<br>**831 Montgomery Street**<br>**San Francisco, CA 94133**<br>Date(s) debt was incurred  4/6/2022<br>Last 4 digits of account number  Foodspace Technology, Inc | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Services<br>Is the claim subject to offset?  ■ No  ☐ Yes | $15.45 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Whipstick Ventures, LLC**<br>**120 High Ridge Ave,**<br>**Ridgefield, CT 06877**<br>Date(s) debt was incurred  10/05/2020<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  SAFE<br>Is the claim subject to offset?  ■ No  ☐ Yes | $50,000.00 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Whipstick Ventures, LLC**<br>**121 High Ridge Ave.**<br>**Ridgefield, CT 06877**<br>Date(s) debt was incurred  10/01/2019<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  SAFE<br>Is the claim subject to offset?  ■ No  ☐ Yes | $29,252.05 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Whipstick Ventures, LLC**<br>**122 High Ridge Ave.**<br>**Ridgefield, CT 06877**<br>Date(s) debt was incurred  02/20/2021<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  SAFE<br>Is the claim subject to offset?  ■ No  ☐ Yes | $28,473.97 |

Debtor **Foodspace Technology, Inc.**     Case number (if known) **22-10884**
Name

| 3.80 | **Nonpriority creditor's name and mailing address**<br>**WindWard Family, LLC**<br>**PO Box 760**<br>**Groton, MA 01450**<br><br>Date(s) debt was incurred **03/04/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **SAFE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Winward Family, LLC**<br>**PO Box 760**<br>**Harvard, MA 01451**<br><br>Date(s) debt was incurred **06/04/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **SAFE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$225,000.00** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Yana Galukhina**<br>**38 Munroe Rd.**<br>**Lexington, MA 02421**<br><br>Date(s) debt was incurred **08/01/2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **SAFE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,232.33** |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **9,458.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **3,297,146.48** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **3,306,604.48** |